UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOLOGY, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>BERKLEY REGIONAL INSURANCE COMPANY,<br><br>   Defendant. | Case No. 20-cv-01150-PJH<br><br>**ORDER DIRECTING THE PARTIES TO FILE STIPULATED PROTECTIVE ORDER REDLINE**<br><br>Re: Dkt. No. 50 |

The court is in receipt of the parties' proposed stipulated protective order. Dkt. 50. This district maintains a model stipulated protective order.[1] In its standing order,[2] this court requires the parties to file a redline comparison of their proposed protective order against the model order.

The court **ORDERS** the parties to file that redline. The subject redline must clearly show all tracked changes from the model order. The parties must file the redline within **seven days** of this order. Additionally, unless already provided, the parties must also send a Microsoft Word version of their proposed order to pjhpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 3, 2021

   /s/ Phyllis J. Hamilton
   PHYLLIS J. HAMILTON
   United States District Judge

---

[1] https://www.cand.uscourts.gov/forms/model-protective-orders/
[2] https://cand.uscourts.gov/wp-content/uploads/judges/hamilton-pjh/PJH_Standing_Order_re_Protective_Orders_and_ESI-Orders.pdf