UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOLOGY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BERKLEY REGIONAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 20-cv-01150-PJH<br><br>**ORDER RE JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 63 |

The parties in the above-captioned case have filed a joint discovery letter brief. See Dkt. 63. In the letter, both parties complain about the opposing party's discovery responses and privilege logs. Notably, both parties cite specific promises made by the other party that allegedly have gone unfulfilled. See, e.g., id. at 4 ("BRIC's primary complaint . . . is that Recology has not supplemented its responses . . . just as BRIC has yet to supplement its responses.").

Based on the arguments made in the letter, both parties' positions are for the most part reasonable. Accordingly, each side's request for relief is denied without prejudice, and the parties are ordered to further meet and confer to resolve the timeline for further discovery responses and privilege logs. Any such timeline shall account for the close of fact discovery on February 21, 2022. See Dkt. 21.

**IT IS SO ORDERED.**

Dated: January 4, 2022

                                                          /s/ *Phyllis J. Hamilton*
                                                     PHYLLIS J. HAMILTON
                                                     United States District Judge