UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOLOGY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BERKLEY REGIONAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 20-cv-01150-PJH<br><br>**ORDER REGARDING DEFENDANT'S DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 71 |

Defendant's discovery letter brief was filed on March 16, 2022, in violation of this court's standing order which requires parties to file <u>joint</u> letter briefs setting forth discovery disputes. Hence, plaintiff's position is unknown. By this order, the court permits plaintiff four days to respond, if it chooses. After receipt of any response, not to exceed 5 pages, or the passage of four days, the court will determine if defendant's request should be granted or if a hearing should be scheduled.

**IT IS SO ORDERED.**

Dated: March 18, 2022

                                            /s/ *Phyllis J. Hamilton*
                                        PHYLLIS J. HAMILTON
                                        United States District Judge