UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERKLEY REGIONAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 20-cv-01150-PJH<br><br>**ORDER REGARDING DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 71, 76, 77 |

The court, having read the parties' letter briefs and in view of the approaching discovery cutoff date, hereby orders that plaintiff supplement its responses to Interrogatories Nos. 10 and 11, supplement its responses to Requests for Production Nos. 34 and 35, and produce its privilege log within 21 days of the date of this order.

**IT IS SO ORDERED.**

Dated: March 23, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge