| | |
|---|---|
| 1 | CLARK HILL, PLC |
| 2 | Georges A. Haddad (SBN 241785)<br>ghaddad@clarkhill.com |
| 3 | Michael B. Sachs (SBN 235048)<br>msachs@clarkhill.com |
| 4 | 505 Montgomery Street, 13th Floor<br>San Francisco, CA  94111 |
| 5 | Telephone:  (415) 984-8500<br>Facsimile:   (415) 984-8599 |
| 6 | Michael Keeley (*Admitted Pro Hac Vice*) |
| 7 | mkeeley@clarkhill.com<br>Texas Bar No. 11157800 |
| 8 | J. Alex Huddleston (*Admitted Pro Hac Vice*)<br>ahuddleston@clarkhill.com |
| 9 | Texas Bar 10148400<br>901 Main Street, Suite 6000 |
| 10 | Dallas, Texas 75202<br>Telephone:  (214) 651-4718<br>Facsimile:   (214) 659-42121 |
| 11 | |
| 12 | Attorneys for Defendant<br>BERKLEY REGIONAL INSURANCE COMPANY |
| 13 | PINEDOLAW |
| 14 | Craig A. Pinedo (SBN 191337)<br>cpinedo@pinedolaw.com |
| 15 | 1700 North Broadway, Suite 4300<br>Walnut Creek, California 94596 |
| 16 | Telephone:  (415) 693-9155<br>Facsimile:   (415) 524-7564 |
| 17 | Attorneys for Plaintiff |
| 18 | RECOLOGY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | RECOLOGY, INC., | Case No.  4:20-CV-001150-PJH |
| 22 | Plaintiff, | |
| 23 | v. | **ORDER GRANTING JOINT STIPULATION TO RESET TRIAL DATE AND AMEND CASE MANAGEMENTAND PRETRIAL ORDER** |
| 24 | BERKLEY REGIONAL INSURANCE COMPANY; and DOES 1-20, | |
| 25 | | Complaint Filed:     October 7, 2019<br>Trial Date:             November 7, 2022 |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

This Court has considered the Parties' Joint Stipulation to Reset Trial Date and Amend Case Management and Pretrial Order and concluded that it should be GRANTED.

IT IS THEREFORE ORDERED that the current trial setting of November 7, 2022, is VACATED, with the trial setting to be RESET to a date not before February 6, 2023.

IT IS FURTHER ORDERED that the Case Management and Pretrial Order dated June 1, 2020, is AMENDED as follows:

Non-Expert Discovery Cutoff: **August 22, 2022**;

Rebuttal Expert Disclosures: **June 6, 2022;**

Expert Discovery Cutoff:  **September 5, 2022;**

Dispositive Motions to be Filed by: **September 6, 2022;**

Dispositive Motions to be Heard by: **October 27, 2022 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: 5/17/2022

PHYLLIS J. HAMILTON
United States District Judge