UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOLOGY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BERKLEY REGIONAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 20-cv-01150-PJH<br><br>**ORDER REGARDING STIPULATION**<br>Re: Dkt. No. 88 |

Before the court is the parties' joint stipulation to reset the trial date and amend the case management and pretrial order. Good cause appearing, the court hereby GRANTS the joint stipulation. However, because the parties failed to propose deadlines that comply with the court's pretrial practices, the court orders the case management and pretrial order amended as follows:

Non-Expert Discovery Cutoff: **October 21, 2022**;

Expert Discovery Cutoff: **November 4, 2022**;

Dispositive Motions to be Filed by: **November 10, 2022**; and

Dispositive Motions to be Heard by: **December 22, 2022** at 1:30 p.m.

The court also orders the current trial date VACATED and RESET for: May 1, 2023 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: July 26, 2022

          /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge