UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOLOGY, INC., <br>     Plaintiff, <br><br> v. <br><br> BERKLEY REGIONAL INSURANCE COMPANY, <br>     Defendant. | Case No. 20-cv-01150-PJH <br><br> **ORDER RE: ADMINISTRATIVE MOTION** <br><br> Re: Dkt. No. 110 |

Before the court is plaintiff Recology, Inc.'s administrative motion pursuant to Civil Local Rule 7-11. Having read the parties' papers and carefully considered their arguments and relevant legal authority, and good cause appearing, the court rules as follows.

Today, March 9, 2023, is the deadline for the parties to submit their joint pretrial statement and related documents. Today, the parties also have a settlement conference scheduled with Judge Laurel Beeler. Plaintiff requests that the court continue the pretrial deadlines by one week to avoid a scheduling conflict with the settlement conference. Defendant opposes an extension of one week, but it does not oppose an extension of one day. Defendant argues that there is no good cause to modify the pretrial deadlines and that the instant motion results from a lack of due diligence. Both sides acknowledge that they missed the deadline to meet and confer regarding preparation of the joint pretrial papers. Both sides accuse the other of gamesmanship.

In the interest of accommodating the parties' interest in settlement, the court GRANTS a brief continuance. The joint pretrial statement, trial briefs, motions in limine,

witness lists, exhibit lists, proposed joint voir dire questions, proposed joint jury instructions, and proposed verdict form, along with any other associated filings set forth in the court's pretrial order (Dkt. 23 at 4) shall be filed on or before Thursday, March 16, 2023, not today. Oppositions to pretrial filings remain due on or before Thursday, March 23, 2023. The pretrial conference date remains April 6, 2023. The trial date remains May 1, 2023, and it will not be changed unless the parties reach a settlement.

**IT IS SO ORDERED.**

Dated: March 9, 2023

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge