UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERKLEY REGIONAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-01150-PJH<br><br>**ORDER**<br><br>Re: Dkt. No. 120 |

Before the court is the parties' joint motion to vacate the court's earlier order regarding cross motions for summary judgment (Dkt. 108). The parties request that the court vacate the order based solely on their agreement to make this joint request as part of their settlement. Dkt. 120 at 2. They submit a proposed order which states that the court has found "good cause" to vacate its order but provide no reason for their request or reason why the court should vacate its order or the authority, if any, for the request. If the parties wish the court to take such action, they must, at a minimum, provide the court with a compelling reason to do so. One or both parties must file a written response within one week of the date of this order.

**IT IS SO ORDERED.**

Dated: April 12, 2023

　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge