1  CLARK HILL PLC
   Georges A. Haddad (SBN 241785)
2  GHaddad@ClarkHill.com
3  505 Montgomery Street, 13th Floor
   San Francisco, CA  94111
4  Telephone:      (415) 984-8500

5  Michael Keeley (*Admitted Pro Hac Vice*)
   mkeeley@clarkhill.com
6  Texas Bar No. 11157800
   J. Alex Huddleston (*Admitted Pro Hac Vice*)
7  ahuddleston@clarkhill.com
   Texas Bar No. 10148400
8  J. Caralisa Connell (*Admitted Pro Hac Vice*)
   cconnell@clarkhill.com
9  Tennessee Bar No. 036928
   901 Main Street, Suite 6000
10 Dallas, Texas 75202
   Telephone:      (214) 651-4718
11 Facsimile:      (214) 659-4121

12
   Attorneys for Defendant
13 BERKLEY REGIONAL
   INSURANCE COMPANY
14

15 PINEDOLAW
   Craig A. Pinedo (SBN 191337)
16 cpinedo@pinedolaw.com
   1700 North Broadway, Suite 430
17 Walnut Creek, California 94596
   Telephone:      (415) 693-9155
18 Facsimile:      (415) 524-7564
   Attorneys for Plaintiff
19 RECOLOGY INC.

20                  **UNITED STATES DISTRICT COURT**
21
                    **NORTHERN DISTRICT OF CALIFORNIA**
22

23 | RECOLOGY INC. | |
   |---|---|
24 | Plaintiff, | Case No.  4:20-CV-001150-PJH |
25 | v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
26 | BERKLEY REGIONAL INSURANCE COMPANY; and DOES 1-20, | |
27 | Defendants. | Complaint Filed:    October 7, 2019<br>Trial Date:          May 1, 2023 |
28

                                    1
                                                    CASE NO.:  4:20-CV-01150-PJH
                    AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came on to be considered the Joint Motion for Dismissal With Prejudice filed by Plaintiff, Recology Inc. ("Plaintiff"), and Defendant, Berkley Regional Insurance Company ("Defendant"). This Court, having considered said Motion, is of the opinion that said Motion is well taken and should be, in all things, granted. It is therefore,

ORDERED that this lawsuit, including all claims that have been or could have been filed herein, are hereby dismissed with prejudice. It is further,

ORDERED that Plaintiff and Defendant shall each bear their own costs and attorneys' fees. It is finally,

ORDERED that all other relief not expressly granted herein is hereby denied.

Dated: April __30__, 2023



_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

Dated:   April 24, 2023                         /S/ CRAIG A. PINEDO
                                                Craig A. Pinedo
                                                Attorney for Plaintiff
                                                RECOLOGY INC.

Dated:   April 24, 2023                         /S/ MICHAEL KEELEY
                                                Michael Keeley
                                                Attorney for Defendant
                                                BERKLEY REGIONAL INSURANCE COMPANY